AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Conley, William M. | District Court - Western Wisconsin | 10/21/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - active status | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2015 <br> to <br> 12/31/2015 |

**7. Chambers or Office Address**

120 North Henry Street, Suite 560
Madison, WI 53703

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conley, William M. | 10/21/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | IPO Association | 5/25/15 - 5/27/15 | Washington DC | speak at IPO's Damages adn Injunctions Committee Conference | transportation, lodging and food |
| 2. | NYU School of Law | 11/13/15 - 11/15/15 | New York City | attend educational seminar on International Human Rights | transportation, lodging and food |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conley, William M. | 10/21/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conley, William M. | 10/21/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Smith Barney (Inv. Acct.) (H) | | | | | | | | | |
| 2. -Allergan PLC (f/k/a Actavis PLC) | A | Dividend | J | T | | | | | |
| 3. -Amerco | A | Dividend | | | Buy | 9/28/15 | J | | |
| 4. | A | Dividend | | | Sold | 12/10/15 | J | | |
| 5. -Chevron Corp | A | Dividend | | | Buy | 3/13/15 | J | | |
| 6. | A | Dividend | | | Sold | 4/15/15 | J | | |
| 7. -ConocoPhillips | A | Dividend | | | Sold | 12/10/15 | J | | |
| 8. -Cummins Inc. | A | Dividend | | | Sold | 3/12/15 | J | | |
| 9. -Danaher Corp | A | Dividend | J | T | | | | | |
| 10. -Deluxe Corporation | A | Dividend | J | T | | | | | |
| 11. -Discover Fincl SVCS | A | Dividend | | | Sold | 12/10/15 | J | | |
| 12. -Express Scripts Inc Commen | A | Dividend | J | T | | | | | |
| 13. -Fifth 3rd Bancorp Ohio | B | Dividend | J | T | Buy (add'l) | 9/28/15 | J | | |
| 14. -General Mills Inc | A | Dividend | J | T | Buy | 9/28/15 | J | | |
| 15. -Genuine Parts Co | A | Dividend | | | Sold | 9/28/15 | J | | |
| 16. -Honeywell Int'l Inc | A | Dividend | K | T | | | | | |
| 17. -Ill Tool Works Inc. | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conley, William M. | 10/21/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Intuit Inc. | A | Dividend | J | T | | | | | |
| 19. -Kansas CY South Ind | D | Dividend | | | Sold | 4/15/15 | J | | |
| 20. -Kellogg | A | Dividend | J | T | Buy | 9/28/15 | J | | |
| 21. | | | | | Sold (part) | 12/10/15 | J | | |
| 22. -KeyCorp New | A | Dividend | | | Sold | 12/10/15 | J | | |
| 23. -Mylan Inc. | A | Int./Div. | | | Sold | 9/28/15 | J | | |
| 24. -Nike Inc B | A | Dividend | J | T | | | | | |
| 25. -Oracle Corp | A | Dividend | J | T | Sold (part) | 12/10/15 | J | | |
| 26. -O'Reilly Automotive Inc New | A | Dividend | J | T | Buy | 9/28/15 | J | | |
| 27. -Pepsico Inc. NC | A | Dividend | J | T | | | | | |
| 28. -Polaris Industries Inc. | D | Dividend | | | Sold | 6/22/15 | J | | |
| 29. -Proctor & Gamble | A | Dividend | | | Sold | 9/28/15 | J | | |
| 30. -Spectra Energy Corp Com | A | Dividend | | | Sold | 6/22/15 | J | | |
| 31. -Starbucks Corp Washington | A | Dividend | J | T | Buy | 3/12/15 | J | | |
| 32. -Stryker Corp | A | Dividend | | | Buy | 6/18/15 | J | | |
| 33. | | | | | Sold | 12/10/15 | J | | |
| 34. -U S Bancorp Com New | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Union Pacific Corp | A | Dividend | | | Sold | 6/28/15 | J | | |
| 36. -Walmart Stores Inc. | A | Dividend | | | Sold | 6/22/15 | J | | |
| 37. -Xcel Energy Inc | A | Dividend | | | Sold | 6/22/15 | J | | |
| 38. -Yum Brands Inc | A | Dividend | | | Buy (add'l) | 9/28/15 | J | | |
| 39. | | | | | Sold | 12/10/15 | J | | |
| 40. -Davis New York Venture A | A | Dividend | K | T | | | | | |
| 41. -Franklin Mutual Glb Discov A | B | Dividend | K | T | | | | | |
| 42. -Franklin Small Midcap Grw A | | None | K | T | | | | | |
| 43. -money market (Morgan Stanley Smith Barney)(X) | A | Interest | J | T | | | | | |
| 44. Morgan Stanley (IRA)(H) 5 | | | | | | | | | |
| 45. -Abbuie Inc. Com | A | Dividend | J | T | | | | | |
| 46. -American Funds SMALLCAP World Fund | A | Int./Div. | K | T | | | | | |
| 47. -American Funds EuroPacific Growth Fund | A | Int./Div. | K | T | | | | | |
| 48. -Templeton Growth Fund | A | Int./Div. | K | T | | | | | |
| 49. -Franklin Mutual Shares Fund | A | Int./Div. | K | T | | | | | |
| 50. -American Funds AMCAP Fund | A | Int./Div. | L | T | | | | | |
| 51. -Franklin Income Fund | A | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conley, William M. | 10/21/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Ameican Funds Income Fund of America | A | Int./Div. | L | T | | | | | |
| 53. -American Funds New Economy Fund | A | Int./Div. | L | T | | | | | |
| 54. -American Funds Washington Mutual Investors Fund | A | Int./Div. | M | T | | | | | |
| 55. -Franklin Growth Fund | A | Int./Div. | N | T | | | | | |
| 56. -Franklin DynaTech Fund | A | Int./Div. | M | T | | | | | |
| 57. -American Funds Growth Fund of America | A | Int./Div. | N | T | | | | | |
| 58. | | | | | | | | | |
| 59. US Bank (401K, mutual funds, no control) (X) | | | | | | | | | |
| 60. -ESOP USB Stock | A | Int./Div. | M | T | | | | | |
| 61. -Vanguard Institutional Index Fund | A | Int./Div. | J | T | | | | | |
| 62. -Active US Small-Mid Equity | A | Int./Div. | J | T | | | | | |
| 63. -Piper Jaffray Companies (PJC) | A | Dividend | J | T | | | | | |
| 64. Wells Fargo Advantage Funds (H) | | | | | | | | | |
| 65. -EdVest Savings Program 1 Age-Based Option (no control) | | None | M | T | | | | | |
| 66. -EdVest Savings Program 2 Age-Based Option (no control) | | None | L | T | | | | | |
| 67. M&I Bank Accounts | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conley, William M. | 10/21/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Converted both Agreements previously listed in Section II (and Section VII as Charles Swab accounts) to Morgan Stanley IRA account

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William M. Conley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544